UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
RICHARD MEJIA, :
 :
                 Plaintiff, :
 : 22-CV-5218 (VSB)
      -against- :
 : **ORDER**
PEAK PERFORMANCE BAT CLUB LLC, :
 :
               Defendant. :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On October 17, 2022, I issued an initial pretrial conference order, directing the parties to submit a joint letter and proposed case management plan and scheduling order on or before October 5, 2022. (Doc. 18.) The parties have not done so. Accordingly, the parties are hereby:

       ORDERED to file the joint letter and proposed case management plan and scheduling order by no later than November 9, 2022. If the parties fail to do so, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   November 2, 2022
            New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge